UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY CARTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>    Defendants. | Case No. 13-cv-00809-JCS<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 111 |

On May 16, 2014, the parties filed a joint discovery letter brief, which the Court construes as Plaintiffs' motion to compel the depositions of six employees or representatives of Defendant Union Pacific Railroad Company ("UP"). *See* Dkt. No. 111. The Court has reviewed the letter and it GRANTS IN PART AND DENIES IN PART the motion as follows: (1) the motion to compel the depositions of Roy Dale Bray and George Slaats is granted, and UP shall produce these individuals for deposition on or before May 29, 2014; (2) the motion to compel the deposition of William Bryant is denied, but UP shall authenticate the deposition testimony of Mr. Bryant in *Rawls v. Union Pacific Railroad* on or before May 29, 2014, as it has agreed to do; (3) the motion to compel the deposition of Stevenson Kenyon is denied because he is no longer employed by UP; and (4) the motion to compel the depositions of Mark Rowley and Bob Morrison is denied because these are "apex" witness and Plaintiffs have not made an adequate showing that they have unique personal knowledge of the events giving rise to this lawsuit.

**IT IS SO ORDERED.**

Dated: May 20, 2014

JOSEPH C. SPERO
United States Magistrate Judge