UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY CARTER, et al.,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

    Defendants.

Case No.  13-cv-00809-JCS

**ORDER RE DOCKET NO. 145**

On July 10, 2014, the parties submitted a Joint Letter addressing discovery issues.  The Court construes the letter as a motion to compel ("Motion").  For the following reasons, the Motion is DENIED. First, the parties have not met and conferred in person as required by the Court's previous orders.  Second, Plaintiffs have not identified any specific questions, answers, or objections or instructions not to answer at depositions that were not answered or were improper.  Third, Plaintiffs have not identified specific document requests or any specific responsive documents they contend Defendants failed to produce.  In light of this lack of specificity, the Court cannot decide whether any further discovery is warranted.  Finally, to the extent that the joint letter complains that certain depositions took place late in discovery, this argument is now largely moot because the depositions have been taken.  In any event, both sides bear some responsibility for the fact that document production and depositions occurred at the end of discovery.

    **IT IS SO ORDERED.**

Dated: July 18, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge